IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YVETTE ORTIZ ARES AND CARMELO ORTIZ ARES, both individually and as sole heirs of their deceased father, CARMELO ORTIZ QUIÑONES<br><br>    Plaintiffs<br><br>    v.<br><br>NDA SERVICES CORP. D/B/A ADRIEL AUTO; TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA DISTRIBUTOR CORP.; TOYOTA MANUFACTURING CORP.; HOSPITAL WILMA VAZQUEZ, and INSURANCE COMPANIES A, B, C, D, and E<br><br>    Defendants | CIVIL NO.: 20-1679 (WGY)<br><br><br><br>TRIAL BY JURY REQUESTED |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

    COME NOW the abovenamed Plaintiffs, by and through their undersigned attorney, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), respectfully state and pray:

    1.    Since the Defendants to this action have not answered the complaint nor filed a motion for summary judgment, Plaintiffs move for their voluntary dismissal without prejudice.

    2.    In pertinent part, Fed.R.Civ.P. 41(a)(1)(A)(i) provides that a plaintiff may dismiss voluntarily, as of right, any defendant that has yet to answer or to move for summary judgment by simply filing a notice such as this one.

    WHERFORE, Plaintiffs respectfully request the entry of judgment dismissing this action without prejudice.

Respectfully submitted, in San Juan, Puerto Rico, on March 1, 2021.

*S/Guillermo Ramos Luiña*
GUILLERMO RAMOS LUIÑA
USDC-PR NO. 204007
gramlui@yahoo.com

P. O. Box 22763, UPR Station
San Juan, PR 00931-2763
Tel. 787-620-0527
Fax 787-620-0039